Joel D. Odou
Nevada Bar No. 7468
Jordan E. Kingsley
Nevada Bar No. 15256
Nathaniel R. Carlson
Nevada Bar No. 16057
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
jodou@wshblaw.com
jkingsley@wshblaw.com
ncarlson@wshblaw.com

Attorneys for Defendant Peri Formwork Systems, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| WILLARD PATRICK WITHAM, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>PERI FORMWORK SYSTEMS, INC., a Foreign Corporation; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01632-JCM-BNW<br><br>**WOOD, SMITH, HENNING & BERMAN, LLP'S MOTION FOR REMOVAL OF ONLY ATTORNEY BROOKE A. BOHLKE FROM ELECTRONIC SERVICE LIST** |

COMES NOW, Defendant, PERI FORMWORK SYSTEMS, INC., by and through its attorneys of record, WOOD, SMITH, HENNING & BERMAN, LLP hereby submits its Motion for Removal of <u>only</u> Attorney BROOKE A. BOHLKE, from the Court's electronic service list as an Attorney for Defendant, PERI FORMWORK SYSTEMS, INC.

Brooke A. Bohlke is no longer involved in this case, and we request that she be removed from the electronic service list.

/ / /

/ / /

This instant Motion is filed for the sole purpose of requesting removal of <u>only</u> attorney BROOKE A. BOHLKE from the electronic service list. The specific e-mail address is as follows: bbohlke@wshblaw.com.

DATED:  September 1, 2022                WOOD, SMITH, HENNING & BERMAN LLP

By: */s/  Joel D. Odou*

JOEL D. ODOU
Nevada Bar No. 7468
JORDAN E. KINGSLEY
Nevada Bar No. 15256
NATHANIEL R. CARLSON
Nevada Bar No. 16057
Attorneys for Defendant Peri Formwork Systems, Inc.

**ORDER**
**IT IS SO ORDERED**

**DATED:** 11:44 am, September 02, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September, 2022, a true and correct copy of **WOOD, SMITH, HENNING & BERMAN, LLP'S MOTION FOR REMOVAL OF ONLY ATTORNEY BROOKE A. BOHLKE FROM ELECTRONIC SERVICE LIST** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By    */s/  Raeann M. Todd*

Raeann M. Todd, an Employee of
WOOD, SMITH, HENNING & BERMAN LLP

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

25982948.1:11024-0101                -3-                Case No. 2:21-cv-01632-JCM-BNW
WOOD, SMITH, HENNING & BERMAN, LLP'S MOTION FOR REMOVAL OF ONLY ATTORNEY BROOKE A. BOHLKE FROM ELECTRONIC SERVICE LIST