Joel D. Odou
Nevada Bar No. 7468
Daniel E, Joslyn
Nevada Bar No. 14725
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
jodou@wshblaw.com
djoslyn@wshblaw.com

Attorneys for Defendant Peri Formwork Systems, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| WILLARD PATRICK WITHAM, an Individual,<br><br>                 Plaintiff,<br><br>        v.<br><br>PERI FORMWORK SYSTEMS, INC., a Foreign Corporation; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                 Defendants. | Case No. 2:21-cv-01632-JCM-BNW<br><br>**WOOD, SMITH, HENNING & BERMAN, LLP'S MOTION FOR REMOVAL OF ONLY ATTORNEY RICHARD D. YOUNG FROM ELECTRONIC SERVICE LIST** |

COMES NOW, Defendant, PERI FORMWORK SYSTEMS, INC., by and through its attorneys of record, WOOD, SMITH, HENNING & BERMAN, LLP hereby submits its Motion for Removal of only Attorney RICHARD D. YOUNG, from the Court's electronic service list as an Attorney for Defendant, PERI FORMWORK SYSTEMS, INC.

Richard D. Young is no longer employed with our Firm, and is no longer involved in this case, and we request that he be removed from the electronic service list.

/ / /

/ / /

/ / /

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

This instant Motion is filed for the sole purpose of requesting removal of <u>only</u> attorney RICHARD D. YOUNG from the electronic service list. The specific e-mail address is as follows: ryoung@wshblaw.com.

DATED:  March 1, 2024

WOOD, SMITH, HENNING & BERMAN LLP

By:  _____
     */s/ Joel D. Odou*

JOEL D. ODOU
Nevada Bar No. 7468
DANIEL E. JOSLYN
Nevada Bar No. 14725

Attorneys for Defendant Peri Formwork Systems, Inc.

**IT IS SO ORDERED**

**DATED:** 9:26 am, March 05, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405