1  Phillip V. Tiberi
   Nevada Bar No. 6146
2  Joel D. Odou
   Nevada Bar No. 7468
3  Lisa M. Szyc
   Nevada Bar No. 11726
4  **WOOD, SMITH, HENNING & BERMAN LLP**
   2881 Business Park Court, Suite 200
5  Las Vegas, Nevada 89128-9020
   Phone: 702 251 4100 ♦ Fax: 702 251 5405
6  ptiberi@wshblaw.com
   jodou@wshblaw.com
7  lszyc@wshblaw.com

8  Attorneys for Defendant Peri Formwork Systems,
   Inc.

9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

11

12

13  WILLARD PATRICK WITHAM, an
    Individual,

14            Plaintiff,

15      v.

16  PERI FORMWORK SYSTEMS, INC., a
    Foreign Corporation; DOES I through X, and
17  ROE BUSINESS ENTITIES I through X,
    inclusive,

18            Defendants.

19

Case No. 2:21-cv-01632-JAD-BNW

**STIPULATION AND ORDER TO
EXTEND TIME TO FILE OPPOSITIONS
TO MOTIONS IN LIMINE
(First Request)**

ECF No. 81

20      Defendant PERI FORMWORK SYSTEMS, INC. ("Defendant"), by and through its counsel

21  of record, the law firm of Wood Smith Henning & Berman, LLP and Plaintiff WILLARD PATRICK

22  WITHAM ("Plaintiff"), by and through his counsel of record, the Law Offices of Kevin R. Hansen,

23  jointly STIPULATE to extend the deadline to file oppositions to motions in limine filed on August

24  7, 2025 by Plaintiff  and August 8, 2025 by Defendant for all parties to August 26, 2025.

25      The parties jointly agree to this request as they are engaging in meaningful settlement

26  discussions and this matter may resolve before the trial commences. The parties are seeking the brief

27  extension to file the oppositions so they can continue the settlement discussions. If the case does not

28  resolve, there will be adequate time to file the oppositions to the motions on file.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

39409880.1:11024-0101

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

1    WHEREFORE, the aforesaid Parties, by and through their respective undersigned counsel

2  of record, hereby agree, subject to the Court's approval, that the deadline to file oppositions to

3  motions in limine be extended for all parties to August 26, 2025.

4    IT IS SO STIPULATED this  day of August 2025.

5  **LAW OFFICES OF KEVIN R. HANSEN**   **LAW OFFICES OF KEVIN R. HANSEN**

6

7    */s/Amanda A. Harmon*              */s/Lisa M. Szyc*
   By: _____    By: _____
8    KEVIN R. HANSEN                     PHILLIP V. TIBERI
     Nevada Bar No. 6336                 Nevada Bar No. 6146
9    AMANDA A. HARMON                    JOEL D. ODOU
     Nevada Bar No. 15930                Nevada Bar No. 7468
10   2625 S. Rainbow Blvd Suite C-106    LISA M. SZYC
     Las Vegas, Nevada 89146             Nevada Bar No. 11726
11   T: (702) 478-7777                   *Attorneys for Defendant*
     *Attorneys for Plaintiff*           *Peri Formwork Systems, Inc.*
12   *Willard Patrick Witham*

13

14                                       **IT IS SO ORDERED.**

15

16

17   _____
                                         **UNITED STATES DISTRICT COURT JUDGE**
18                                       **August 20, 2025**

19

20

21

22

23

24

25

26

27

28