Phillip V. Tiberi
Nevada Bar No. 6146
Joel D. Odou
Nevada Bar No. 7468
Lisa M. Szyc
Nevada Bar No. 11726
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
ptiberi@wshblaw.com
jodou@wshblaw.com
lszyc@wshblaw.com

Attorneys for Defendant Peri Formwork Systems, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| WILLARD PATRICK WITHAM, an Individual,<br><br>     Plaintiff,<br><br>v.<br><br>PERI FORMWORK SYSTEMS, INC., a Foreign Corporation; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>     Defendants. | Case No. 2:21-cv-01632-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>ECF No. 86 |

IT IS HEREBY STIPULATED, by and between Plaintiff, WILLARD PATRICK WITHAM (hereinafter "Plaintiff"), by and through his counsel of record, LAW OFFICES OF KEVIN R. HANSEN, and Defendant, PERI FORMWORK SYSTEMS, INC. (hereinafter "Defendant"), by and through their counsel of record, WOOD, SMITH, HENNING & BERMAN, LLP, that any and all claims made by Plaintiff, WILLARD PATRICK WITHAM , in the above-referenced Complaint

/ / /

/ / /

/ / /

/ / /

39596252.1:11024-0101

as to Defendant, PERI FORMWORK SYSTEMS, INC. shall be dismissed, with prejudice, each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED this 4th day of September, 2025.

| **LAW OFFICES OF KEVIN R. HANSEN** | **WOOD SMITH HENNING & BERMAN LLP** |
|---|---|
| */s/ Kevin R. Hansen*<br>By: _____<br>KEVIN R. HANSEN<br>Nevada Bar No. 6336<br>AMANDA A. HARMON<br>Nevada Bar No. 15930<br>2625 S. Rainbow Blvd Suite C-106<br>Las Vegas, Nevada 89146<br>*Attorneys for Plaintiff*<br>*Willard Patrick Witham* | */s/ Phillip V. Tiberi*<br>By: _____<br>PHILLIP V. TIBERI<br>Nevada Bar No. 6146<br>JOEL D. ODOU<br>Nevada Bar No. 7468<br>LISA M. SZYC<br>Nevada Bar No. 11726<br>*Attorneys for Defendant*<br>*Peri Formwork Systems, Inc.* |

## ORDER

Based on the parties' stipulation **[ECF No. 86]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 5, 2025